# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUCCESSION OF EMERICK
MITCHELL GUILLOT

NO.  2026 CW 0535

**JUNE 15, 2026**

---

In Re:    Peter Michael Guillot, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 186844.

---

BEFORE:    **WOLFE, HESTER, AND BALFOUR, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to include a copy of each pleading on which the judgment was founded, including the petition(s) and motion(s) at issue, and a copy of any opposition and attachments thereto filed by a party in the trial court or a statement that no opposition was filed, in violation of Rule 4-5(C)(8) and (9) of the Uniform Rules of Louisiana Courts of Appeal.  In addition, this court requires a copy of the pertinent hearing transcript and a copy of all evidence admitted at the hearing.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before July 15, 2026, and must contain a copy of this ruling.

**EW**
**CHH**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT